# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF WILLIAM THOMAS
JOHNSON

NO. 2020 CW 0577

CONSOLIDATED WITH

NO. 2020 CW 0579

**SEPTEMBER 03, 2020**

---

In Re:    Jill Johnson Bouvier, applying for supervisory writs,
22nd Judicial District Court, Parish of St. Tammany,
No. 2016-30844.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT